## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __14-3293__

__Jeffrey Kaufman__ vs. __Barbara T. Alexander, et al.__

### ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:
__See attached.__

Indicate the party's role IN THIS COURT (check _only_ one):

☐ Petitioner(s)     ☐ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)      ☐ Amicus Curiae

(Type or Print) Counsel's Name __Mr. Evan Chesler__
Mr.     Ms.     Mrs.     Miss

Firm __Cravath, Swaine & Moore, LLP__

Address __825 Eighth Avenue__

City, State, Zip Code __New York, New York 10019__

Phone (__212__) __474-1000__     Fax (__212__) __474-3700__

**Primary E-Mail Address (required)** __echesler@cravath.com__
**Additional E-Mail Address (1)** __mao@cravath.com__
**Additional E-Mail Address (2)** _____
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** /s/ Evan R. Chesler

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09

**Attachment: List of names of all parties represented.**

Barbara T. Alexander
Stephen M. Bennett
Donald G. Cruickshank
Raymond V. Dittamore
Thomas W. Horton
Irwin M. Jacobs
Paul E. Jacobs
Robert E. Kahn
Sherry Lansing
Duane Nelles
Francisco Ros
Brent Scowcroft
Marc I. Stern
William E. Keitel
Steven R. Altman
Steven M. Mollenkopf
Donald J. Rosenberg

# CERTIFICATE OF SERVICE

       I hereby certify that on December 4, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

       I also certify that on December 4, 2014, attorneys of record in the case who are registered CM/ECF users were served by the appellate CM/ECF system.

       /s/ Evan R. Chesler