# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. _____**

_____ vs. _____

Calendar Date _____          Location _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: _____

Designation of Arguing Counsel: _____

Member of the Bar:       _____ Yes          _____ No

Representing (check only one):

_____ Petitioner(s)        _____ Appellant(s)        _____ Intervenor(s)

_____ Respondent(s)       _____ Appellee(s)          _____ Amicus Curiae

Please list the name of the lead party being represented:

_____

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I, A. Arnold Gershon, hereby certify that on January 30, 2015, I electronically filed the foregoing documents with the Clerk of the Court of the United States Court of Appeals for the Third Circuit by using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

January 30, 2015                    /s/  A. Arnold Gershon

*Attorney for Appellant*